**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7738**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHNNIE L. REED,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:08-cr-00023-RGD-FBS-1)

Submitted: April 16, 2020                                    Decided: April 21, 2020

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnnie L. Reed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie L. Reed appeals the district court's order denying relief on Reed's motion seeking a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  *United States v. Reed*, No. 2:08-cr-00023-RGD-FBS-1 (E.D. Va. Sept. 19, 2019).  We deny Reed's motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
